# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0417. EDWARD TYRONE RIDLEY v. STATE OF GEORGIA.**

Upon review, Edward Tyrone Ridley's application for discretionary appeal is hereby DENIED. Ridley's "Expedited Emergency Motion in Support of Errors and to Immediately Remove Off 42-1-12 and Further Ridley's Civil Rights are Violated Over Two Decades to Date," "Motion to Change from Discretionary Appeal to Amended Interlocutory Appeal," "Motion in Support of Errors Ridley on 42-1-12," and "Expedited Motion to Submit Facts and Newly Discovered Facts" are also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/17/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*